IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  5:06-CV-139 (DF) ) |
| LYNN C. WILLIAMS and JEAN C. WILSON, | ) ) ) |
| Defendants. | ) |

### ORDER

On September 14, 2006, this Court held a status conference during which the Court advised Defendant Lynn C. Williams that she, and the other parties, would benefit greatly if she hired an attorney to represent her. The Court gave Ms. Williams until October 1, 2006 to obtain representation. To date, no attorney has made an appearance on Ms. Williams's behalf. Nonetheless, because the Court strongly believes that Ms. Williams is in need of competent representation, the Court hereby grants Ms. Williams an additional ten days to secure counsel. Ms. Williams's deadline to secure counsel will expire at 5:00 p.m. on October 16, 2006. If Ms. Williams is unable to find an attorney to represent her on

1

or before that date, the Court will assume that she does not intend to hire an attorney and will address the parties' outstanding motions in due course.

SO ORDERED, this 4th day of October, 2006.

**/s/ Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab