IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 5:06-CV-139 (CAR) |
| LYNN C. WILLIAMS and JEAN C. WILSON, | ) ) ) | |
| Defendants. | ) | |

## ORDER

The motion of Plaintiff Sun Life Assurance Company of Canada (U.S.) ("Sun Life") to deposit funds into the registry of the Court (doc. 10) is hereby **GRANTED**. Sun Life is ORDERED to submit the proceeds of Contract Number KA12698876-01, in the approximate amount of eighty-seven thousand, five hundred, ninety-six dollars and seventeen cents ($87,596.17), to the Clerk of Court for deposit into an interest-bearing account in accordance with Federal Rule of Civil Procedure 67.[1]

SO ORDERED, this 12th day of February, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Court's granting of Sun Life's motion does not affect Defendants' ability to later contest the accuracy of the amount deposited. Nor does the Court's ruling, at this time, release Sun Life from the present action.

1