IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY | ) | |
| OF CANADA (U.S.), | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 5:06-CV-139 (CAR) |
| | ) | |
| LYNN C. WILLIAMS and | ) | |
| JEAN C. WILSON, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER ON PLAINTIFF'S MOTION TO AMEND

On February 12, 2007, this Court entered an Order (doc. 56) granting the motion of Plaintiff Sun Life Assurance Company of Canada (U.S.) ("Sun Life") to deposit funds in the approximate amount of eighty-seven thousand, five hundred, ninety-six dollars and seventeen cents ($87,596.17) into the registry of the Court. (Order, doc. 56, at 1.)

On February 16, 2007, Sun Life moved to amend the Court's February 12 Order after learning that "its prior calculation of the [annuity's] death benefit was incorrect." (Pl.'s Mot. Am., doc. 57, at ¶ 4.) Based on Sun Life's recalculation of the death benefit amount due, the amount to be deposited into the Court's registry is actually ninety-four thousand, forty-four dollars and forty cents ($94,044.40). Therefore, upon motion of Sun Life to amend the Court's February 12 Order to reflect the correct death benefit amount, and for

good cause shown, it is hereby ORDERED that Sun Life shall submit the proceeds of Contract No. KA12698876-01, in the approximate amount of ninety-four thousand, forty-four dollars and forty cents ($94,044.40), to the Clerk of Court for deposit into an interest-bearing account in accordance with Federal Rule of Civil Procedure 67.

SO ORDERED, this 21st day of February, 2007.

**/s/ C. Ashley Royal**
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

JAB/ehe